| | |
|---|---|
| Justin M. Mertz, Esq. | Thomas D. Berghman, Esq. |
| Wisconsin Bar No. 1056938 | Texas Bar No. 24082683 |
| MICHAEL BEST & FRIEDRICH LLP | MUNSCH HARDT KOPF & HARR, P.C. |
| 790 N. Water Street, Suite 2500 | 500 N. Akard St., Ste. 3800 |
| Milwaukee, WI 53202-4108 | Dallas, Texas 75201 |
| Phone: 414.271.6560 | Tel (214) 855-7554 |
| jmmertz@michaelbest.com | tberghman@munsch.com |

*Counsel to Petitioning Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30035 |
| | § | |
| ANIMO SERVICES LLC, | § | (Chapter 7) |
| | § | |
| ALLEGED DEBTOR. | § | |
| | § | |

**STATEMENT OF COMPLIANCE WITH L.B.R. 2090-4**

The undersigned attorney, as counsel of record for the Petitioning Creditors whose signatures appear on the involuntary petition (the "**Petitioning Creditors**") in these proceedings, states that the following information is true and correct:

1. I am a Partner with the law firm Michael Best & Friedrich LLP ("**Michael Best**") based in Milwaukee, Wisconsin, and I chair the firm's Bankruptcy sub-group. I am admitted in various bankruptcy courts including Wisconsin, Illinois, Colorado, as well as the Southern District of Texas. My admission in the Northern District of Texas is currently pending.

2. Michael Best has been engaged by the Petitioning Creditors to prosecute the involuntary petition against the alleged debtor, Animo Services, LLC.

3. Although our firm has a Texas office (in the Western District of Texas) and some of our attorneys are admitted in this District, Michael Best does not have an office within 50 miles

of this District. As such, to comply with L.B.R. 2090-4, we are required to affiliate with a local firm.

4. We have engaged the law firm of Munsch Hardt Kopf & Harr, P.C. ("**Munsch Hardt**"), through attorneys Thomas Berghman and John Cornwell, as our local counsel for these proceedings pursuant to L.B.R. 2090-4(a).

5. Counsel for Michael Best as well as Munsch Hardt will file notices of appearance in these proceedings. Munsch Hardt will be authorized to present and argue the Petitioning Creditors' position at any hearing called by the Presiding Judge on short notice in compliance with L.B.R. 2090-4(b).

6. The undersigned submits that the Petitioning Creditors and undersigned counsel are therefore in compliance with L.B.R. 2090-4.


By: */s/ Justin M. Mertz*

| **MICHAEL BEST & FRIEDRICH LLP** | **MUNSCH HARDT KOPF & HARR, P.C.** |
|---|---|
| Justin M. Mertz, Esq. | Thomas D. Berghman, Esq. |
| Wisconsin Bar No. 1056938 | Texas Bar No. 24082683 |
| 790 N. Water Street, Suite 2500 | Munsch Hardt Kopf & Harr, P.C. |
| Milwaukee, WI 53202-4108 | 500 N. Akard St., Ste. 3800 |
| Phone: 414.271.6560 | Dallas, Texas 75201 |
| Fax: 414.277.0656 | Tel (214) 855-7554 |
| Email: jmmertz@michaelbest.com | tberghman@munsch.com |

*Counsel for the Petitioning Creditors*       *Counsel for the Petitioning Creditors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 4th day of January, 2023, a true and correct copy of this document was served via the Court's ECF Notification System on all parties entitled to notice thereby.

By: */s/ Justin M. Mertz*