BTXN 140 (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Animo Services, LLC § Case No.: 23−30035−mvl7
 § Chapter No.: 7
Debtor(s) §

# SUMMONS TO DEBTOR IN AN INVOLUNTARY CASE

A petition under Title 11, United States Code was filed against you on 1/4/2023 in this Bankruptcy Court, requesting an order for relief under 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney.

Attorney's Address:
Munsch Hardt Kopf & Harr PC
500 N Akard Street, Suite 3800
Dallas, TX 75201−6659

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

DATED:  1/6/23                              FOR THE COURT:
                                            Robert P. Colwell, Clerk of Court

                                            by: /s/D. Harden, Deputy Clerk



In Re: Animo Services, LLC
Case No. 23–30035–mvl7

# CERTIFICATE OF SERVICE

I,_____

of**_____

certify:

    That I am, and at all times hereinafter mentioned was, more that 18 years of age;

    That on the _____ day of _____,_____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

the said alleged debtor at

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
*(Date)*                                      *(Signature)*

       Print Name: _____

       Business Address: _____

       City: _____    State: _____    Zip:_____

       ** _____
         *State mailing address*