BTXN 140 (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Animo Services, LLC  § Case No.: 23-30035-mvl7
 § Chapter No.: 7
 §
Debtor(s) §

## SUMMONS TO DEBTOR IN AN INVOLUNTARY CASE

A petition under Title 11, United States Code was filed against you on 1/4/2023 in this Bankruptcy Court, requesting an order for relief under 7 of the Bankruptcy Code (Title 11 of the United States Code).

**YOU ARE SUMMONED** and required to submit to the Clerk of the Bankruptcy Court, a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

At the same time, you must also serve a copy of the motion or answer on the petitioner's attorney.

Attorney's Address:
Munsch Hardt Kopf & Harr PC
500 N Akard Street, Suite 3800
Dallas, TX 75201-6659

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

DATED: 1/6/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/D. Harden, Deputy Clerk



SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

In Re: Animo Services, LLC
Case No. 23-30035-mvl7

# CERTIFICATE OF SERVICE

I,_____

of**_____

certify:

That I am, and at all times hereinafter mentioned was, more that 18 years of age;

That on the _____ day of _____,_____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

the alleged debtor in this case, by *{describe here the mode of service}*

the said alleged debtor at

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____

(Date)                                    (Signature)

Print Name: _____

Business Address: _____

City: _____    State: _____    Zip:_____

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

\*\* _____
*State mailing address*

# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## Northern District of Texas

Case Number: 23-30035-MV17

In Re: Animo Services, LLC

For: Munsch Hardt Kopf & Harr, PC

Received by Angela Rodriguez on the 6th day of January, 2023 at 3:46 pm to be served on **Animo Services LLC by serving Kennedy Sutherland LLP, 1305 East Houston Street, San Antonio, Bexar County, TX 78205** I, Angela Rodriguez, being duly sworn, depose and say that on the 9th day of January 2023 at 12:45 pm., executed service by delivering a true copy of the **Summons to Debtor In an Involuntary Case and Involuntary Petition Against a Non-Individual; Addendum 1 to Involuntary Petition; and Standing Scheduling Order Regarding Involuntary Cases** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to Daniel Koehl _____ (individual accepting) as CFO _____ (title), at 1305 E. Houston (street), San Antonio (city), ____ (state) Texas (zip code) 78205 ____ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS: _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

_Angela Rodriguez_
PROCESS SERVER # 15983
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2023000259

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m