BTXN 035 (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Animo Services, LLC | §<br>§<br>§<br>§ | Case No.: 23–30035–mvl7<br>Chapter No.: 7 |
| Debtor(s) | § | |

# NOTICE OF DEFICIENCY
# RE: INVOLUNTARY PETITION

On 1/4/23, an involuntary bankruptcy petition under Chapter 7 was filed against the above–named Debtor(s).

On 2/9/2023, an Order for Relief was entered in this case.

Pursuant to the Federal Rules of Bankruptcy Procedure 1007(a)(2), the Debtor(s) must file with the Court a mailing matrix within 7 days after entry of the Order for Relief. Pursuant to the Federal Rules of Bankruptcy Procedure 1007(c), the Debtor(s) must file with the Court all other documents within 14 days after entry of the Order for Relief. The Debtor(s) is hereby directed to file the following with the Court:

- ☑ A mailing matrix containing an alphabetical listing of all creditors
- ☐ Form 121 (Statement of Social Security Number(s)
- ☑ Debtor(s)' schedules A, B, D–H
- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities (Official Form 106Sum or 206Sum)
- ☐ Twenty Largest Unsecured Creditors
- ☐ Statement of Current Monthly Income (Form 122A or B)
- ☑ Other: Declaration about Individual Debtor's Schedules

**The Court may enter a show cause order in this case imposing sanctions if the Debtor(s) fails to comply with the Federal Rules of Bankruptcy Procedure.**