

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 20, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

### ORDER REGARDING LIST OF CREDITORS, BANKRUPTCY SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

On March 14, 2023, this Court held a status conference in the above-referenced bankruptcy case. After reviewing the record and considering the statements of counsel at the status conference, the Court finds that just cause exists for entry of this Order under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1007.

IT IS THEREFORE ORDERED that the deadlines for filing the list of creditors required by Fed. R. Bankr. P. 1007(a)(2) and the bankruptcy schedules and statement of financial affairs required by 11 U.S.C. § 521 are hereby extended to May 15, 2023.

IT IS FURTHER ORDERED that if no person has agreed by April 13, 2023 to prepare and file the list of creditors, bankruptcy schedules, and statement of financial affairs described above,

then the petitioning creditors shall (or any other party may) file a motion in this case promptly after April 13, 2023 requesting that the Court order a person to prepare and file them.

###End of Order###

APPROVED AS TO FORM:

 /s/ Kenneth A. Hill
Kenneth A. Hill
ATTORNEY FOR AREYA HOLDER
AURZADA, CHAPTER 7 TRUSTEE
FOR ANIMO SERVICES, LLC


 /s/ Thomas Daniel Berghman
Thomas Daniel Berghman
ATTORNEY FOR SCOTT SEIDEL,
CHAPTER 7 TRUSTEE FOR
WITH PURPOSE, INC.


 /s/ Justin M. Mertz
Justin M. Mertz
ATTORNEY FOR THE PETITIONING
CREDITORS (EASTBANC TECHNOLOGIES,
LLC, KUBLR, LLC, MBO PARTNERS, INC.,
MCLAREN STRATEGIC SOLUTIONS, INC.,
THE GREAT REALIZATION, LLC, AND
UNQORK, INC.)


 /s/ Steven Holmes
Steven Holmes
ATTORNEY ON POINT COMPANIES,
LLC AS COLLATERAL AGENT



Bruce J. Ruzinsky
ATTORNEY FOR NEUGEBAUER FAMILY
ENTERPRISES LLC, TOBY NEUGEBAUER,
MELISSA NEUGEBAUER, AND BANZAI
CAPITAL PARTNERS LLC