Russell W. Mills
Texas State Bar No. 00784609
rmills@bellnunnally.com
J. Reid Burley
Texas State Bar No. 24109675
jburley@bellnunnally.com
Lewis F. Collins
Texas State Bar No. 24132383
lcollins@bellnunnally.com
**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas Texas 75201
Telephone: (214) 740-1400
Facsimile: (214) 740-1499

**ATTORNEYS FOR SAVANA, INC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 7** |
| | § | |
| **ANIMO SERVICES, LLC** | § | **Case No. 23-30035** |
| | § | |
| **Debtor.** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Savana, Inc. ("Savana"), creditor and party-in-interest in

the above-referenced matter (the "Case"), by and through its counsel, Bell Nunnally & Martin

LLP, files this Notice Of Appearance And Request For Notices And Service Of Papers for its

counsel of record in this Case, pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1532 (the

"Bankruptcy Code), and Fed. R. Bankr. P. 2002, 3017(a), 9007, and 9010(b) (the "Bankruptcy

Rules").  All such notices given or required to be given in this Case, and all papers served or

required to be served in this Case shall be addressed as follows:

**Russell W. Mills, Esq.**
**Jeffrey R. Burley, Esq.**
**Lewis F. Collins, Esq.**
**Bell Nunnally & Martin LLP**
**2323 Ross Avenue, Suite 1900**
**Dallas, Texas 75201**
**214.740.1400 (Telephone)**
**214.740.1499 (Facsimile)**
**rmills@bellnunnally.com (E-mail)**
**rburley@bellnunnally.com (E-mail)**
**lcollins@bellnunnally.com (E-mail)**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, the Debtor's schedules, and statement and all supplements thereto, and any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any later appearance, pleading, claim, or suit shall be deemed to waive any of Savana's substantive rights, including, without limitation, the right (1) to have final orders in non-core matters entered only after *de novo* review by a district court judge, (2) to trial by jury in any proceedings so triable in this Case or any case, controversy, or proceeding related to this Case, (3) to have the United States District Court for the Northern District of Texas withdraw the reference in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor or any state court or (4) to assert other rights, claims, actions, defenses, setoffs, or recoupments to which Savana is or

may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

**Dated: April 10, 2023.**                              Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:      /s/ *Russell W. Mills*
Russell W. Mills
Texas Bar No. 00784609
rmills@bellnunnally.com
Jeffrey R. Burley
Texas Bar No. 24109675
Lewis F. Collins
Texas Bar No. 24132383
lcollins@bellnunnally.com
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
214.740.1400 (Telephone)
214.740.1499 (Facsimile)

**ATTORNEYS FOR SAVANA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance and Request for Notices and Service of Papers was served on all parties on this 10th day of April 2023, v*ia CM/ECF* and/or by First Class Regular Mail.

/s/ *Russell W. Mills*
Russell W. Mills