Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

**SUPPLEMENTAL CERTIFICATE OF CONFERENCE ON
MOTION TO COMPEL TOBY NEUGEBAUER TO APPEAR
ON BEHALF OF THE DEBTOR FOR EXAMINATION AND
TESTIFY AT THE CONTINUED MEETING OF CREDITORS**

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

Areya Holder Aurzada (the "Trustee"), in her capacity as the chapter 7 trustee for Animo Services, LLC (the "Debtor"), hereby supplements the Certificate of Conference in her *Motion to Compel Toby Neugebauer to Appear on Behalf of the Debtor for Examination and Testify at the Continued Meeting of Creditors* (Dkt. No. 33) as follows:

I further certify that I conferred with Bruce Ruzinsky, attorney for Toby Neugebauer, by telephone and email on April 20, 2023, and he stated that Mr. Neugebauer opposes the relief requested in the Motion. The Trustee and Mr. Neugebauer are working on scheduling a videoconference meeting to confer further about the relief requested in the Motion.

                                                 */s/ Kenneth A. Hill*
                                                 Kenneth A. Hill

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    State Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and (b) via first class mail, postage prepaid, on the following:

Clay M. Taylor
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Suite 1000
Fort Worth, TX 76102

      */s/ Kenneth A. Hill*
      Kenneth A. Hill