Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI  53202-4108
Tel (414) 271-6560
jmmertz@michaelbest.com

*Counsel to Petitioning Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-30035-mvl7 |
| | § | |
| ANIMO SERVICES, LLC, | § | (Chapter 7) |
| | § | |
| DEBTOR. | § | Hon. Michelle V. Larson |
| | § | |

## SUPPLEMENT TO: PETITIONING CREDITORS' MOTION TO COMPEL TOBY NEUGEBAUER TO PREPARE AND FILE THE DEBTOR'S LIST OF CREDITORS, SCHEDULES, AND STATEMEN OF FINANCIAL AFFAIRS

Undersigned counsel hereby supplements the Petitioning Creditors' above-captioned Motion (filed as Docket No. 34) as follows:

1.  On April 17, 2023, counsel for the Petitioning Creditors met with Mr. Seidel's counsel to discuss the deficiencies in this case and obtaining information. Mr. Seidel received numerous documents relevant to With Purpose Inc.'s case from Mr. Neugebauer and his counsel. Mr. Seidel appears willing to assist and provide documents in his possession to aid in the preparation of Animo Services, LLC's list of creditors,

schedules, and statement of financial affairs, but has not committed to actually filing any documents.

2.    Earlier, on or about March 31, 2023, I conferred by phone with Atty. Clay Taylor (at the time potential counsel for Toby Neugebauer), who informed me that he would oppose the Motion and that he also believes that the only party legally required to prepare the Debtor's schedules would be Mr. Seidel as the Ch. 7 Trustee for With Purpose, Inc. (the sole owner of Animo Services, LLC).

3.    Undersigned counsel will endeavor to continue discussions with all parties leading up to any hearing on the Petitioning Creditors' Motion.

Respectfully submitted: April 23, 2023.

**MICHAEL BEST & FRIEDRICH LLP**

By: */s/ Justin M. Mertz*
Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
Mason A. Higgins, Esq.
Wisconsin Bar No. 1124805
790 N. Water Street, Suite 2500
Milwaukee, WI 53202-4108
Phone: 414.271.6560
Fax:    414.277.0656
Email: jmmertz@michaelbest.com
mahiggins@michaelbest.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 24th day of April, 2023, he caused a true and correct copy of this document to be served (a) via the Court's ECF notification system on all parties entitled to notice thereby, and (b) via first class mail, postage prepaid, on the following:

**Tony Neugebauer**
10777 Straight Ln.
Dallas, TX 75229

**Toby Neugebauer**
PO Box 863376
Plano, TX 75096

**Clay M. Taylor**
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton St., Suite 1000
Fort Worth, TX 76102


By:    *Justin M. Mertz*
        Justin M. Mertz