Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

### TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION TO COMPEL TOBY NEUGEBAUER TO APPEAR ON BEHALF OF THE DEBTOR FOR EXAMINATION AND TESTIFY AT THE CONTINUED MEETING OF CREDITORS

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

Areya Holder Aurzada (the "Trustee"), the chapter 7 trustee for Animo Services, LLC (the "Debtor") in the above-referenced bankruptcy case, files this witness and exhibit list for the hearing on the Trustee's *Motion to Compel Toby Neugebauer to Appear on Behalf of the Debtor for Examination and Testify at the Continued Meeting of Creditors* (Dkt. No. 33) as follows:

### WITNESSES

1.  Areya Holder Aurzada, Chapter 7 Trustee

2.  Kenneth A. Hill, attorney for the Trustee

3.  Toby Neugebauer

4.  All witnesses designated by another party or required for impeachment or rebuttal.

### EXHIBITS

Trustee 1.    Texas Secretary of State report for Animo Services LLC

**WITNESS AND EXHIBIT LIST**                                    *Ex. Pg. 001*
6242976.1

Trustee 2.    Certified copies of Certificate of Formation and Certificate of Amendment for Animo Services LLC filed with the Texas Secretary of State

Trustee 3.    Company Agreement for Animo Services LLC

Trustee 4.    All pleadings filed in the Debtor's bankruptcy case, any exhibit identified by any other party, and/or any exhibits for rebuttal or impeachment.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: /s/ Kenneth A. Hill
    Kenneth A. Hill
    Texas Bar No. 09646950
    ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and (b) via first class mail, postage prepaid, on the following:

Clay M. Taylor
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Suite 1000
Fort Worth, TX 76102

/s/ Kenneth A. Hill
Kenneth A. Hill