Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

**NOTICE OF WITHDRAWAL OF
MOTION TO COMPEL TOBY NEUGEBAUER TO APPEAR
ON BEHALF OF THE DEBTOR FOR EXAMINATION AND
<u>TESTIFY AT THE CONTINUED MEETING OF CREDITORS</u>**

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

Areya Holder Aurzada, in her capacity as the chapter 7 trustee for Animo Services, LLC, hereby withdraws her *Motion to Compel Toby Neugebauer to Appear on Behalf of the Debtor for Examination and Testify at the Continued Meeting of Creditors* (Dkt. No. 33) without prejudice.

    Respectfully submitted,

    QUILLING, SELANDER, LOWNDS,
      WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Kenneth A. Hill
    State Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

**NOTICE OF WITHDRAWAL**  PAGE 1
6258374.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and (b) via first class mail, postage prepaid, on the following:

Clay M. Taylor
Bonds Ellis Eppich Schafer Jones LLP
420 Throckmorton Street
Suite 1000
Fort Worth, TX 76102

                                         */s/ Kenneth A. Hill*
                                         Kenneth A. Hill