**Areya Holder Aurzada**
**State Bar No. 24002303**
**CHAPTER 7 TRUSTEE**
**P.O. Box 2105**
**Addison, TX 75001-2105**
**Telephone: (972) 438-8800**
**Email: areya@holderlawpc.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC | § | CASE NO. 23-30035-MVL-7 |
| | § | |
| Debtor | § | |
| | § | |

**TRUSTEE'S RESPONSE TO CLERK'S CORRESPONDENCE**

COMES NOW, AREYA HOLDER AURZADA, the Chapter 7 Trustee (the "Trustee") of the above-referenced bankruptcy estate, and files this Response to Clerk's Correspondence ("Response") and would respectfully show as follows:

The Trustee has not made a determination regarding the assets in this case; however, the Trustee is in the process of investigating possible avoidance actions.

Respectfully submitted,

By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada
State Bar No. 24002303
CHAPTER 7 TRUSTEE
P.O. Box 2105
Addison, TX 75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com