

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 19, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES, LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING SETTLEMENT WITH NETRIX, LLC

On this date, the Court considered the *Motion to Approve Settlement with Netrix, LLC* (Docket No. 64, the **"Motion"**) filed by Areya Holder Aurzada (the **"Trustee"**), the chapter 7 trustee for Animo Services, LLC (the **"Debtor"**) in the above-referenced bankruptcy case. After reviewing the Motion and considering the record in this case, the Court finds that the Motion has merit and should be granted. In particular, the Court finds as follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157. This matter involves the sale of property of the estate and is, therefore, a core proceeding under 28 U.S.C. §157(b)(2).

2. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

3. The Motion was properly filed and served in accordance with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. No timely response or objection was filed to the Motion.

4. On January 4, 2023, an involuntary petition for relief under chapter 7 of the United States Bankruptcy Code was filed against the Debtor. This Court entered an order for relief under chapter 7 against the Debtor on February 9, 2023. The Trustee was appointed as the chapter 7 trustee, and she continues to serve in that capacity.

5. The settlement on the terms and conditions stated in the Settlement Agreement attached as Exhibit "A" to the Motion (the **"Settlement Agreement"**) is in the best interest of the Debtor's bankruptcy estate and represents a sound exercise of the Trustee's business judgment.

It is therefore ORDERED that the Court approves the settlement on the terms and conditions stated in the Settlement Agreement, and the Trustee is authorized to enter into and consummate the Settlement Agreement.

# # # End of Order # # #

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
   Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201