Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

**OBJECTION TO PROOF OF CLAIM 10-1 OF EASTBANC TECHNOLOGIES, LLC**

**NOTICE**

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE ST., DALLAS, TX 75242 BEFORE THE CLOSE OF BUSINESS ON OCTOBER 15, 2024, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

Areya Holder Aurzada (the "Trustee"), chapter 7 trustee for Animo Services LLC (the "Debtor"), objects to Proof of Claim 10-1 filed by EastBanc Technologies, LLC ("EastBanc") as follows:

1. On July 11, 2024 EastBanc filed Proof of Claim 10-1 as a non-priority unsecured claim in the amount of $2,179,789.60. A true and correct copy of the claim is attached hereto as Exhibit "A."

2. EastBanc attached several invoices as part of their supporting documentation for their Proof of Claim. The invoices total only $2,151,183.97.

3. Pursuant to 11 U.S.C. §502(b)(1) Trustee objects to the claim as to the extra $28,605.63 being unenforceable against the Debtor or property of the Debtor under any agreement or applicable law.

4. Trustee requests that Claim No. 10-1 be disallowed as a non-priority unsecured claim of $2,179,789.60 and allowed only as a non-priority unsecured claim in the amount of $2,151,183.97.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Court enter an order allowing EastBanc Technologies, LLC only a non-priority unsecured claim of $2,151,183.97 and that the Trustee be granted such other relief to which she may be justly entitled.

>Respectfully submitted,
>
>QUILLING, SELANDER, LOWNDS,
>   WINSLETT & MOSER, P.C.
>2001 Bryan Street, Suite 1800
>Dallas, Texas 75201
>(214) 871-2100 (Telephone)
>(214) 871-2111 (Facsimile)
>
>By: */s/ Kenneth A. Hill*
>       Kenneth A. Hill
>       Texas Bar No. 09646950
>ATTORNEYS FOR THE TRUSTEE

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing of the same by ECF upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtor, the Trustee, the Office of the United States Trustee, and by first class mail, postage prepaid on the following:

EastBanc Technologies, LLC
Phillippe Lanier, Principal
1211 31st St. NW
Washington, DC 20007

Animo Services, LLC
Aka GloriFi
11700 Preston Road, Suite 660-394
Dallas, TX 75230

                                                                            */s/ Kenneth A. Hill*
                                                                            Kenneth A. Hill

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ANIMO SERVICES LLC, § | CASE NO. 23-30035-mvl7 |
| § | |
| DEBTOR. § | |
| § | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF
OF CLAIM NO. 10-1 FILED BY EASTBANC TECHNOLOGIES, LLC**

On this date, the Court considered the *Objection to Proof of Claim No. 10-1 Filed by EastBanc Technologies, LLC* (Dkt. No. 74, the "**Objection**") filed by Areya Holder Aurzada (the "**Trustee**"), the chapter 7 trustee for Animo Services LLC (the "**Debtor**"). After reviewing the record and noting that the deadline to file responses to the Objection has passed with no response having been filed, the Court finds that notice of the Objection was appropriate under the circumstances and that the Objection should be sustained.

It is therefore ORDERED that the proof of claim filed by EastBanc Technologies, LLC and docketed as Claim No. 10-1 on this Court's ECF claims register for this case shall be and hereby is allowed only as a non-priority unsecured claim in the amount of $2,151,183.97.

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM**             **PAGE 1**
7519226.1

# # # End of Order # # #

Order prepared by:
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
ATTORNEYS FOR THE TRUSTEE