

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 18, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 10-1 FILED BY EASTBANC TECHNOLOGIES, LLC

On this date, the Court considered the *Objection to Proof of Claim No. 10-1 Filed by EastBanc Technologies, LLC* (Dkt. No. 74, the "**Objection**") filed by Areya Holder Aurzada (the "**Trustee**"), the chapter 7 trustee for Animo Services LLC (the "**Debtor**"). After reviewing the record and noting that the deadline to file responses to the Objection has passed with no response having been filed, the Court finds that notice of the Objection was appropriate under the circumstances and that the Objection should be sustained.

It is therefore ORDERED that the proof of claim filed by EastBanc Technologies, LLC and docketed as Claim No. 10-1 on this Court's ECF claims register for this case shall be and hereby is allowed only as a non-priority unsecured claim in the amount of $2,151,183.97.

# # # End of Order # # #

Order prepared by:
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
ATTORNEYS FOR THE TRUSTEE