

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 21, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO SERVICES LLC, | § | CASE NO. 23-30035-mvl7 |
| | § | |
| DEBTOR. | § | |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 15-1 FILED BY WPI COLLATERAL MANAGEMENT, LLC, AS COLLATERAL AGENT

On this date, the Court considered the *Objection to Proof of Claim No. 15-1 Filed by WPI Collateral Management, LLC, as Collateral Agent* (Dkt. No. 76, the **"Objection"**) filed by Areya Holder Aurzada, in her capacity as the chapter 7 trustee for Animo Services LLC (the **"Debtor"**). After reviewing the record and noting that the deadline to file responses to the Objection has passed with no response having been filed, the Court finds that notice of the Objection was appropriate under the circumstances and that the Objection should be sustained.

It is therefore ORDERED that the proof of claim filed by WPI Collateral Management, LLC, as Collateral Agent for the Series 2 Noteholders (the **"Claimant"**), which was docketed as Claim No. 15-1 on the Court's ECF claims register for this case (the "**Subject Claim**"), shall be and hereby is allowed only as a non-priority unsecured claim in the amount of $32,117,107.00 for

purposes of distributions from the Debtor's bankruptcy estate; *provided*, however, that nothing in this Order will affect the Claimant's right to enforce any security interests it may hold against assets and personal property of the Debtor.

# # # End of Order # # #

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
   Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
ATTORNEYS FOR THE TRUSTEE