Label Matrix for local noticing
0539-3
Case 23-30035-mvl7
Northern District of Texas
Dallas
Wed Aug 26 11:47:07 CDT 2026

Animo Services, LLC
11700 Preston Road. Suite 660-394
Dallas, TX 75230-6112

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

EastBanc Technologies, LLC
1211 31st Street, N.W.
Washington, DC 20007-3423

Iacuone McAllister Potter PLLC
4925 Greenville Avenue, Ste 1112
Dallas, TX 75206-4022

Kublr, LLC
1211 31st Street, N.W.
Washington, DC 20007-3423

Lain Faulkner & Co., PC
400 N. St. Paul Street, Suite 600
Dallas, TX 75201-6805

MBO Partners, Inc.
20405 Exchange St.
Ashburn, VA 20147-5934

McLaren Strategic Solutions, Inc.
One Park Plaza, Ste. 600
Irvine, CA 92614-5987

Neugebauer Family Enterprises LLC, Toby Neug
c/o Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010-1900

Oracle America, Inc.
Buchalter PC
c/o Shawn M. Christianson
425 Market St., Suite 2900
San Francisco, Ca 94105-2491

Quilling, Selander, Lownds, Winslett & Moser
QSLWM, P.C.
Attn: Kenneth A. Hill
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Savana, Inc.
c/o Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201-2721

The Great Realization, LLC
10601 Clarence Dr., Ste. 250
Frisco, TX 75033-3867

Unqork, Inc.
85 5th Ave., 6th Floor
New York, NY 10003-3019

WPI Collateral Management, LLC
2112 Indiana Ave.
Lubbock
Lubbock, TX 79424 United States 79410-1444

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Dark Matter Technologies LLC
6651 Gate Parkway
4th Floor
Jacksonville, FL 32256-8075

Davis & Jones, LLC
Attn: Patrick R. Thesing - File No. 1149
Arlington, TX 76006

EastBanc Technologies, LLC
1211 31st St. NW
Washington, DC 20007-3423

Eighty Twenty, LLC
1822 S Robb Street
Lakewood, CO 80232-6178

Insurance Services Office, Inc.
Mathew Wapner
McCarter & English, LLP
100 Mulberry Street, Four Gateway Center
Newark, NJ 07102

Justin Mertz
500 Boylston Street
Suite 2570
Boston, MA 02116-4044

Kameron N. Fleming
50 N. Laura Street
Suite 3900
Jacksonville, FL 32202, FL 32202-3622

Kublr, LLC
1211 31st St. NW
Washington, DC 20007-3423

Matthew Wapner
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102-4062

McLaren Strategic Solutions US Inc
One Park Plaza Ste 600 Irvine, CA 92614
,

OnPoint Companies LLC
c/o Steven T. Holmes
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202-2413

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Scott M Seidel, trustee
Seidel Law Firm
6505 W. Park Blvd.
Suite 306
Plano, Texas 75093-6212

Stephen Curry
11406 S 69th E Place
Bixby, OK 74008-8241

Transmit Security, Inc.
500 Boylston Street
Suite 2570
Boston, MA 02116-4044

Unison Systems, Inc.
6130 Greenwood Plaza Blvd
Suite #100
Greenwood Village, CO 80111-4814

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Verinext Corp. (fka Anexinet Corp.)
510 Township Line Road, Suite 120
Blue Bell, PA 19422-2721

WPI Collateral Management, LLC
Field Manning Stone Aycock P.C.
c/o Josh Frost
2112 Indiana Avenue
Lubbock, Texas 79410-1444

With Purpose, Inc.
c/o Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201-6605

Areya Holder
Areya Holder, Trustee
Law Office of Areya Holder, PC
PO Box 2105
Addison, TX 75001-3034

Scott M. Seidel
SEIDEL LAW FIRM
6505 West Park Blvd.
Suite 306
Plano, TX 75093-6212

Toby Neugebauer
c/o Jackson Walker LLP
Attn: Bruce J. Ruzinsky
1401 McKinney St.
Suite 1900
Houston, TX 77010-1900

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GloriFi Acquisitions, LLC

(u)OnPoint Companies, LLC

(d)Savana, Inc.
c/o Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201-2721

(d)Unqork Inc.
85 5th Avenue, 6th Floor
New York, NY 10003-3019

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 39 |
| Bypassed recipients | 4 |
| Total | 43 |