CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 2, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **Case No. 23-30035-mvl7** |
| | § | |
| **ANIMO SERVICES, LLC,** | § | **Chapter 7** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

**ORDER APPROVING THE TRUSTEE'S MOTION FOR**
**AN ORDER AUTHORIZING AND DIRECTING PAYMENT OF MBO/TGR**
**SETTLEMENT PROCEEDS TO GLORIFI ACQUISITIONS, LLC**

CAME ON FOR CONSIDERATION the *Motion for an Order Authorizing and Directing Payment of MBO/TGR Settlement Proceeds to GloriFi Acquisitions, LLC* (the "Motion"), filed by Areya Holder Aurzada (the "Trustee"), the duly-appointed chapter 7 trustee for the estate (the "Estate") of Animo Services, LLC (the "Debtor"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case").

Having considered the Motion and the record before the Court, including the *Response* filed at Docket No. 161, and finding that service and notice of the Motion were sufficient and

appropriate, the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED, and all objections and responses to the Motion are hereby OVERRULED on the merits, with prejudice; it is further

ORDERED that pursuant to section 363(b)(1) of the Bankruptcy Code, and the Agent Agreement[1], the Trustee is authorized and directed to pay to the Agent $894,715.58 from the MBO and TGR Settlement Proceeds, plus per diem interest as described in the Motion; it is further

ORDERED that no stay shall apply to the effectiveness of this Order upon entry; rather, the fourteen (14) day stay of this Order provided under Bankruptcy Rule 6004(h), and any other rule, is hereby expressly waived for all purposes; it is further

ORDERED that the Court shall retain exclusive and continuing jurisdiction to the maximum extent permitted by law as to the interpretation, implementation, and enforcement of this Order.

**# # # END OF ORDER # # #**

[1] As that term is defined within the Motion. Capitalized terms shall have the meaning ascribed to such terms with the Motion unless otherwise defined herein.